UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA INVESTMENTS, INC, a Corporation<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC, et al.,<br><br>Defendants. | Case No.: 18cv01203-LAB-BLM<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE [Dkt. 12];**<br><br>**GRANTING JOINT MOTION TO CONSOLIDATE RELATED CASES [Dkt. 9]** |

After Defendant FCA removed this case and five related cases to federal court, the parties jointly moved to consolidate the actions under FRCP 42(a). Dkt. 9. Before ruling on that motion, the Court issued an Order to Show Cause, instructing FCA to show cause why this case and each of the related cases should not be remanded either for lack of subject-matter jurisdiction or improper venue. Dkt. 12. FCA has now responded, and the Court is persuaded that it has subject-matter jurisdiction over these cases and that venue for the case originally brought in Riverside County Superior Court (Case No. 18cv1694) properly lies in this Court, despite the defects in removal. The Order to Show Cause is **DISCHARGED**.

With subject-matter jurisdiction and venue established, the Court turns to the parties' joint motion to consolidate the cases. Dkt. 9. These cases involve the purchase

of a fleet of six vehicles from FCA, each of which Plaintiff alleges is defective.  Each of the six separate suits involves the same Plaintiff and Defendant.  Plaintiff pleads the same general claims in each lawsuit and the parties argue that judicial convenience and economy will be served by consolidating the cases, thereby streamlining discovery and resulting in only one trial.  The Court agrees.  The parties' joint motion to consolidate the six cases listed in the table below is **GRANTED** and these cases are hereby **CONSOLIDATED FOR ALL PURPOSES**.  FRCP 42(a).

Case No. 18cv1203 will be the lead case going forward, and the clerk is instructed to administratively close all other cases listed in the table below.  A copy of this Order shall be filed in all six actions, but all further pleadings shall be filed only in Case No. 18cv1203.  Plaintiffs shall file a Consolidated Complaint by **November 2, 2018**.  Defendant shall respond to that Consolidated Complaint by **November 16, 2018**.

| Case Name | Case No. | Date Filed | Judge |
|---|---|---|---|
| *Alexandra Investments, Inc. v. FCA US LLC* | 18cv1203-LAB-BLM | 6/07/2018 | Burns/Major |
| *Alexandra Investments, Inc. v. FCA US LLC* | 18cv1600-LAB-BLM | 7/16/2018 | Burns/Major |
| *Alexandra Investments, Inc. v. FCA US LLC* | 18cv1694-LAB-BLM | 7/25/2018 | Burns/Major |
| *Alexandra Investments, Inc. v. FCA US LLC* | 18cv1736-LAB-BLM | 7/27/2018 | Burns/Major |
| *Alexandra Investments, Inc. v. FCA US LLC* | 18cv1738-LAB-BLM | 7/27/2018 | Burns/Major |
| *Alexandra Investments, Inc. v. FCA US LLC* | 18cv1739-LAB-BLM | 7/27/2018 | Burns/Major |

**IT IS SO ORDERED**.

Dated: October 12, 2018

*Larry A. Burns*
Hon. Larry Alan Burns
United States District Judge