UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA INVESTMENTS, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC, a limited liability company, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 18cv1203-LAB(BLM)<br><br>**ORDER DENYING DEFENDANT FCA US LLC'S MOTION TO ALLOW FCA US LLC'S REPRESENTATIVE TO APPEAR TELEPHONICALLY AT THE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>**[ECF No. 33]** |

On March 4, 2019, Defendant FCA US LLC ("Defendant") filed a motion to excuse the personal appearance of its corporate representative, Kris Krueger, at the March 11, 2019 Early Neutral Evaluation Conference ("ENE"). ECF No. 33. Defendant acknowledges that Mr. Kreuger is the person who "has full authorization to settle this matter." Id. at 1. Defendant seeks permission to have Mr. Krueger appear telephonically, rather than in person, because the potential damages in this case are limited and Mr. Krueger would have to spend at least sixteen hours traveling from Michigan to San Diego. Id. at 1–2; see also Declaration of Kris Krueger at 2. Defendant asserts that given the limited damages, and costs of attendance, it makes more economic sense for Mr. Krueger to appear telephonically. ECF No. 33 at 1–3. Defendant also

1

argues that the lengthy travel requirements would be incredibly burdensome and hinder Mr. Krueger's ability to handle the rest of his work. Id. Plaintiffs did not respond to Defendant's motion. See Docket.

It is the Court's experience that the presence of all parties and counsel is critical to the possibility of a successful settlement and that telephonic appearances are not as productive or successful. In addition, in the order setting the ENE, the Court stated that the personal appearance requirement would only be waived for "good cause." ECF No. 31. Chambers rules state that a party will not be excused from personal appearance at an ENE "absent extraordinary circumstances," and that "[d]istance of travel alone does not constitute an 'extraordinary circumstance.'" Accordingly, Defendant's motion is **DENIED**.

**IT IS SO ORDERED**.

Dated: 3/5/2019

Hon. Barbara L. Major
United States Magistrate Judge