# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA INVESTMENTS, INC, a Corporation<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC, et al.,<br><br>Defendants. | Case No.: 18cv01203-LAB-BLM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 42]** |

The parties' joint motion to dismiss is **GRANTED**. Dkt. 42. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees. FRCP 41(a). The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: June 24, 2019

*/s/ Larry A. Burns*

**Hon. Larry Alan Burns**
Chief United States District Judge